**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **13-60081** CR-SCOLA

/BRANNON

18 U.S.C. § 1546(a)
18 U.S.C. § 1015(a)

**UNITED STATES OF AMERICA**

vs.

**FRANCISCO JOSE RAMIREZ,**

        **Defendant.**

_____ /

FILED by _____ D.C.

APR - 9 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about April 16, 2012, in Broward County, in the Southern District of Florida, the defendant,

**FRANCISCO JOSE RAMIREZ,**

did knowingly present and cause to be presented to United States Citizenship and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, which contained a false statement with respect to a material fact, that is, a Form N-400, Application for Naturalization, which stated that the defendant was born in Cuba, when in truth and in fact, and as the defendant then and there well knew, he was not born in Cuba, in violation of Title 18, United States Code, Section 1546(a) and 2.

## COUNT 2

On or about August 7, 2012, in Broward County, in the Southern District of Florida, the

defendant,

## FRANCISCO JOSE RAMIREZ,

did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, under,

and by virtue of any law of the United States relating to naturalization and citizenship, in that the

defendant represented to an officer of the United States Citizenship and Immigration Services during

an interview on his N-400 Application for Naturalization that he was born in Cuba, when in truth

and in fact, and as the defendant then and there well knew, he was not born in Cuba, in violation of

Title 18, United States Code, Section 1015(a).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BENJAMIN D. ROSEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    CASE NO. _____

vs.

**FRANCISCO JOSE RAMIREZ,**                     **CERTIFICATE OF TRIAL ATTORNEY***

        **Defendant.**
_____/             **Superseding Case Information:**

**Court Division:** (Select One)                New Defendant(s)         Yes _____   No _____
                                                Number of New Defendants _____
____ Miami  ____ Key West                       Total number of counts _____
_X_ FTL     ____ WPB     ____ FTP

        I do hereby certify that:

        1.      I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

        2.      I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

        3.      Interpreter:     (Yes or No)    YES
                List language and/or dialect     Spanish

        4.      This case will take    2-3    days for the parties to try.

        5.      Please check appropriate category and type of offense listed below:

                (Check only one)                                (Check only one)

        I       0 to 5 days           _x_              Petty        _____
        II      6 to 10 days          _____            Minor        _____
        III     11 to 20 days         _____            Misdem.      _____
        IV      21 to 60 days         _____            Felony       _x_
        V       61 days and over      _____

        6.      Has this case been previously filed in this District Court? (Yes or No)    No
                If yes:
                Judge: _____    Case No. _____
                (Attach copy of dispositive order)
                Has a complaint been filed in this matter?    (Yes or No)    No
                If yes:
                Magistrate Case No.                      _____
                Related Miscellaneous numbers:           _____
                Defendant(s) in federal custody as of    _____
                Defendant(s) in state custody as of      _____
                Rule 20 from the _____    District of _____

        Is this a potential death penalty case? (Yes or No)    No

        7.      Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _x_ No

        8.      Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes _x_ No

                                                _____
                                                BENJAMIN D. ROSEN
                                                SPECIAL ASSISTANT UNITED STATES ATTORNEY
                                                Court ID No. A5501612

*Penalty Sheet(s) attached                                              REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name: FRANCISCO JOSE RAMIREZ**

**Case No:**

Count #:1

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #:2

False Statement Related to Naturalization

Title 18, United States Code, Section 1015(a)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Federal Grand Jury
Indictment Number**
12OHMCN 201

∧